UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH LEE TAYLOR,
Plaintiff.

v.

CALIFORNIA HEALTH CARE FACILITY,
Defendant.

Case No. 21-cv-01680-YGR (PR)

**ORDER OF TRANSFER**

This action was opened on March 10, 2021, when the Court received from Plaintiff Kenneth Lee Taylor a letter addressed to the Honorable Jon S. Tigar that concerned unsafe prison conditions.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Clerk further notified him that this action would be dismissed if he did not submit a complaint on the proper form and a completed *in forma pauperis* application within twenty-eight days. To date, Plaintiff has failed to submit the proper documents, and the deadline for doing so has passed.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at the California Health Care Facility ("CHCF") in Stockton, California. He alleges that CHCF correctional officers' "recent actions in their response to [him] and [his] medical care throughout the COVID-19 virus infection outbreak crisis has caused [him] irreparable and irreversible harm[], agonizing trauma, psychological scar[r]ing by [him] being diagnosed and testing positive for [the] COVID-19 virus due to no fault of [his] own." Dkt. 1 at 1.

CHCF is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer the case forthwith.

If Plaintiff wishes to further pursue this action, he must complete the complaint form and *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail them to that district.

IT IS SO ORDERED.

Dated: May 6, 2021

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge